SCWC-18-0000659

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NORDIC CONSTRUCTION, LTD., Respondent/Lienor-Appellee,

vs.

MAUI BEACH RESORT LIMITED PARTNERSHIP, a Foreign Limited
Partnership, Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000659; M.L. NO. 08-1-0017(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Maui Beach Resort Limited Partnership's

application for writ of certiorari, filed on May 31, 2019, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 15, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

